UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In re: Dmitry Lenikman,           Case No. 14-27596-mdm
(Chapter 7)

          Debtor.

### AFFIDAVIT OF NO OBJECTION

Steven R. McDonald makes the following statement under oath:

1. I am the trustee in the above-captioned case who filed and caused to be served notice of the following matter to all appropriate parties as called for under the Bankruptcy Code and Rules: Motion by Trustee to Extend the Deadline for Trustee and U.S. Trustee to Object to the Debtor's Discharge.

2. The Notice providing for objections to be filed and served as in the time so indicated in the Notice. The deadline to file and serve objections has passed.

3. I certify to the Court that I have not received any objections to the above-referenced Motion nor am I aware of any objections having been filed.

Dated in Oak Creek, Wisconsin this 7 day of October, 2014.

          Steven R. McDonald, Trustee

Subscribed and sworn to before me
This 7th day October, 2014.

NOTARY PUBLIC, STATE OF WISCONSIN

My Commission expires: 2/6/2018

Steven R. McDonald
Chapter 7 Trustee
7280 S. 13th Street, Suite 103
Oak Creek, WI 53154
(414) 226-2200 Telephone
(414) 289-8384 Facsimile
smcdonald@mcdonaldlawllc.com